IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON ROEHRIG, #295 583, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-691-WHA |
| | ) | [WO] |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 18, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Motion for Preliminary Injunction (Doc. 1) is DENIED.

This case is referred to the Magistrate Judge for further proceedings.

Done, this 15th day of November 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE