IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON ROEHRIG, #295 583, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:17cv691-ECM |
| ) | [WO] |
| JEFFERSON DUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on August 30, 2018. (Doc. # 38). There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered accordingly.

DONE this 9th day of October, 2018.

                                         /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         UNITED STATES DISTRICT JUDGE